IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROSS SHADE,

        Plaintiff,                             No. 2:08-cv-1068 FCD JFM PS

    vs.

WELLS FARGO BANK, et al.,           <u>ORDER</u>

        Defendants.

_____/

        Plaintiff is proceeding pro se and seeks leave to proceed in forma pauperis. 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302(c)(21).

        On August 22, 2008, plaintiff was directed to show cause why this action should not be dismissed as time-barred. Plaintiff has filed a response to the order to show cause and filed an amended complaint as of right. Fed. R. Civ. P. 15(a). Because plaintiff amended his complaint to include allegations of fraud, and may be entitled to tolling, the order to show cause will be discharged.

        The amended complaint states a cognizable claim for relief. If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. The August 22, 2008 order to show cause is discharged;

1

1       2. The Clerk of the Court shall send plaintiff four USM-285 forms, one
2  summons, an instruction sheet and a copy of the amended complaint filed September 11, 2008;
3       3. Within thirty days from the date of this order, plaintiff shall complete the
4  attached Notice of Submission of Documents and submit the completed Notice to the court with
5  the following documents:
6           a. One completed summons;
7           b. One completed USM-285 form for each defendant named in the
8           amended complaint; and
9           c. Five copies of the endorsed amended complaint filed September 11,
10          2008.
11      4. Plaintiff need not attempt service on defendants and need not request waiver of
12 service. Upon receipt of the above-described documents, the court will direct the United States
13 Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4
14 without prepayment of costs.
15      5. Failure to comply with this order may result in a recommendation that this
16 action be dismissed.
17 DATED: November 20, 2008.

UNITED STATES MAGISTRATE JUDGE

/001; shade1068.1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROSS SHADE,

      Plaintiff,               No. 2:08-cv-1068 FCD JFM PS

      vs.

WELLS FARGO BANK, et al.,     NOTICE OF SUBMISSION

      Defendants.           OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      _____ completed summons form

      _____ completed USM-285 forms

      _____ copies of the amended complaint

DATED:

                                    _____

                                    Plaintiff